## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIANNE SOLDEVILLA,<br>    *petitioner*, | :<br>:<br>: |
| v. | :   Civ. No. 3:22-CV-1362 (OAW) |
| THRIVING BRANDS, LLC and<br>HENKEL CORPORATION,<br>    *defendants*. | :<br>:<br>:<br>: |

## **ORDER OF TRANSFER**

In the interests of justice, the above-identified case hereby is transferred to the Honorable <u>Alvin W. Thompson</u>. The parties shall continue to file all further pleadings or documents in this matter with the clerk's office in Hartford, Connecticut.

**IT IS SO ORDERED** at Hartford, Connecticut, this 6th day of January 2023.

                                                      /s/
                                        Omar A. Williams
                                        United States District Judge